IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PETER M. KUETH,            ) | |
| )  | |
| Plaintiff,      ) | |
| ) | |
| v.                                     ) | Case No. 2:14-cv-01935-TMP |
| ) | |
| VALLEY CREDIT SERVICE,  ) | |
| INC., *et al*.,                    ) | |
| ) | |
| Defendants.  ) | |

## ORDER OF DISMISSAL

Peter M. Kueth, the plaintiff in the above-styled case and defendant Valley Credit Service, Inc. ("VCS") filed a joint stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure on April 20, 2015, reciting that they stipulate to the dismissal with prejudice of all claims against VCS in the above-styled action. (Doc. 20). Although a court order is unnecessary, it is ordered that the above-styled action and all claims contained therein are **DISMISSED WITH PREJUDICE**, each party is to bear its own fees, costs, and expenses.

**DONE** and **ORDERED** on April 20, 2015.

_____
T. MICHAEL PUTNAM
UNITED STATES MAGISTRATE JUDGE